

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00157-CR

| | | |
|---|---|---|
| James Mark Baker | § | From the 213th District Court |
| | § | of Tarrant County (1303114D) |
| v. | § | January 29, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing Appellant's letter dated December 18, 2014, we have construed it as a "Motion for Rehearing." To the extent Appellant requests review for fundamental error pursuant to rule 38.8(b)(4) of the Texas Rules of Appellate Procedure, we grant his motion for rehearing, withdraw our December 11, 2014 opinion and judgment, and we substitute the opinion and judgment of this date in its place.

The court has considered the record on appeal in this case for fundamental error pursuant to rule 38.8(b)(4) and holds there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed. All other relief Appellant requested in his motion is denied.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM